LAW LIBRARY

NO. 29578

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

FILED 2010 MAR 11 AM 9:17

COUNTY OF MAUI, Petitioner/Plaintiff-Appellee,

vs.

STEVE LUNDBORG, Respondent/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO. 05-1-0402(3))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J. for the court,[1]
and Nakayama, J., dissenting)

Petitioner/Plaintiff-Appellee County of Maui's application for writ of certiorari filed on February 1, 2010, is hereby rejected.

DATED: Honolulu, Hawai'i, March 11, 2010.

FOR THE COURT:

*[signature]*

Associate Justice

Brian T. Moto,
Corporation Counsel,
and Moana M. Lutey,
Deputy Corporation
Counsel, on the
application for
petitioner/plaintiff-
appellee.

Michael G.M. Ostendorp
and John F. Parker on
the response for
respondent/defendant-
appellant.

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.